UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>A. HEDGPETH, et al.,<br><br>          Defendants.<br>_____/ | 1:07-cv-01553-LJO-GSA-PC<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE COURT'S ORDER DISMISSING COMPLAINT (Doc. 14)<br><br>NEW THIRTY DAY DEADLINE |

    Plaintiff Jesus Estevez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2008, plaintiff notified the court that he had not received a copy of the court's Order Dismissing the Complaint, which was issued on January 24, 2008. (Doc. 14)  Plaintiff explained that he was made aware of the order by a reference in another court order.

    The Clerk shall be directed to re-serve a copy of the order plaintiff did not receive.  In addition, the court shall extend the thirty day deadline for plaintiff to respond to the order.

    Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to re-serve on plaintiff a copy of the court's Order Dismissing the Complaint, which was issued on January 24, 2008 (Doc. 14);

2. Plaintiff is GRANTED an extension of time in which to respond to the Order Dismissing the Complaint; and

1     3.      Within **thirty (30) days** from the date of re-service of the Order Dismissing the Complaint, plaintiff shall:

        a.      File a First Amended Complaint curing the deficiencies identified by the court in this order, or

        b.      Notify the court in writing that he does not wish to file an amended complaint and pursue the action, but instead wishes to voluntarily dismiss the case.

IT IS SO ORDERED.

**Dated:**   **February 26, 2008**             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE