1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                      EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   JESUS ESTEVEZ, | 1:07-cv-01553-LJO-GSA-(PC) |
| 12          Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN |
| 13          vs. | AMENDED COMPLAINT |
| 14   A. HEDGPETH, et al., | (DOCUMENT #21) |
| 15          Defendants. | FORTY-FIVE DAY DEADLINE |
| 16   _____/ | |

17       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On March 21, 2008,  plaintiff filed a motion to extend time to file an amended

19   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21       Plaintiff is granted forty-five (45) days from the date of service of this order in which to

22   file an amended complaint , pursuant to the court's order of January 24, 2008.

23       IT IS SO ORDERED.

24       Dated:     **April 3, 2008**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28