IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Jesus Estevez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>A. Hedgpeth, et al.,<br><br>　　　　Defendants. | No. CV-07-1553-ROS (PC)<br><br>**ORDER** |

The Court has received Plaintiff's Request for a Judgment of Default (Doc. 34). Although Plaintiff has provided service documents to the United States Marshal, Defendants have not yet been served with these documents. Absent proper service, default judgment is not appropriate.

Accordingly,

**IT IS ORDERED** Plaintiff's Request (Doc. 34) **IS DENIED**.

DATED this 4th day of August, 2009.

_____
Roslyn O. Silver
United States District Judge