THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Esevez,                               ) | No.CV07-01553-PHX-ROS |
|           Plaintiff,                        ) | **ORDER** |
| vs.                                         ) | |
| A. Hedgpeth, et al.,                        ) | |
|           Defendants.                       ) | |

The Court has considered Plaintiff's request for reconsideration of the Court's ruling on Plaintiff's motion to compel Defendants to produce documents.

IT IS ORDERED Plaintiff's request for reconsideration (Doc. 71) is DENIED.

DATED this 7th day of February, 2011.

_____
Roslyn O. Silver
Chief United States District Judge