UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Estevez,<br><br>      Plaintiff,<br><br>vs.<br><br>A. Hedgpeth; et. al.,<br><br>      Defendants. | No. CV-07-01553-PHX-ROS<br><br>**ORDER** |

On February 17, 2011, Plaintiff filed a Motion to Quash a subpoena issued by defendants on the basis that the subpoena was issued to a non-party. This is not a valid objection to a subpoena.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Quash **(Doc. 75)** is **DENIED**.

DATED this 7th day of March, 2011.

_____
Roslyn O. Silver
Chief United States District Judge