1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   Jesus Estevez,                        )    No. CV-07-1553-ROS (PC)
                                          )
10               Plaintiff,               )
                                          )    **ORDER**
11  vs.                                   )
                                          )
12                                        )
    A. Hedgpeth; et. al.,                 )
13                                        )
                 Defendants.              )
14                                        )
    _____)
15

16        This order resolves the pending motion for judicial notice, motion to compel, motion

17   to appoint counsel, request for a court order to allow Plaintiff access to copying services and

18   legal envelopes, and application to submit continuing evidence.[1]

19        **Plaintiff's Motion to Compel**

20        Plaintiff moves to compel Defendants to respond to his requests for admission. (Doc.

21   77).   Despite the fact that Plaintiff did not timely serve the requests for admission,

22   Defendants agreed to respond. (Doc. 80).  In their responses, despite compound requests for

23   admission, Defendants separated the requests and addressed each one.  Plaintiff's untimely

24   motion to compel will be denied.

25

26

27   _____

28        [1]   Defendants' motion for summary judgment is still pending.

1 **Plaintiff's Motion to Appoint Counsel**

2 For the reasons stated in the Court's October 22, 2010 order (Doc. 63), Plaintiff's

3 motion to appoint counsel (Doc. 78) will be denied.  The Court does not find exceptional

4 circumstances requiring appointment of counsel. *See Rand v. Rowland*, 113 F.3d 1520, 1525

5 (9th Cir. 1997).

6 **Plaintiff's Request for a Court Order for Copying Services and Legal Envelopes**

7 For the reasons stated in the Court's October 22, 2010 order (Doc. 63), Plaintiff's

8 request for a court order to allow Plaintiff access to copying services and legal envelopes

9 (Doc. 92) will be denied because Plaintiff has not shown he has suffered an actual injury or

10 that he is likely to suffer irreparable harm.  Plaintiff has filed numerous documents in this

11 case, and has not established the alleged denial of copying services or envelopes has

12 obstructed his access to the courts.

13 **Plaintiff's Application to Submit Continuing Evidence**

14 Plaintiff's application to submit continuing evidence (Doc. 95) will be denied because

15 it is an untimely sur-reply and because it seeks to admit irrelevant documents. *Aggers v.*

16 *Tyson*, 2011 U.S. Dist. Lexis 63720, *1 (E.D. Cal. 2011) ("The Federal Rules of Civil

17 Procedure and the Local Rules of this Court do not contemplate the filing of sur-replies.  See

18 Local Rule 230 . . . .").

19 **Plaintiff's Motion for Judicial Notice**

20 Plaintiff's motion for judicial notice (Doc. 69) will be denied because he has not

21 explained the reason he seeks judicial notice and, therefore, the has not shown the documents

22 are relevant.  The party requesting judicial notice bears the burden of persuading the court

23 judicial notice is proper. *In re Tyrone F. Conner Corp., Inc*., 140 B.R. 771, 781 (Bkrtcy. E.D.

24 Cal. 1992); *see also United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 970 (E.D. Cal.

25 2004) (conclusions of law, conclusory allegations, unreasonable inferences, or unwarranted

26 deductions of fact need not be accepted).

27 Plaintiff did not set forth his argument until his reply brief.  His motion simply lists

28 the documents and makes a blanket statement that they are relevant.  Plaintiff's arguments

1   rely on allegations that Defendants refused to admit to the authenticity of the documents at

2   issue, and Plaintiff seeks to adopt factual holdings and findings.  However, even when the

3   Court takes judicial notice of documents, it "does not adopt their factual findings or holdings;

4   it simply acknowledges their existence and contents." *California ex rel. Lockyer v. Mirant*

5   *Corp.*, 266 F.Supp.2d 1046, 1053 (N.D. Cal. 2003).  Arguments must be made in the initial

6   motion to allow the opposing party an opportunity to respond.  Defendants were deprived of

7   the opportunity to address Plaintiff's argument for judicial notice because Plaintiff did not

8   set forth his argument until his reply.  Plaintiff's motion for judicial notice will be denied

9   with leave to refile.

10          Accordingly,

11          **IT IS ORDERED** Plaintiff's motion **(Doc. 69)** is **DENIED** with leave to refile.

12          **IT IS ORDERED** Plaintiff's motion **(Doc. 77)** is **DENIED**.

13          **IT IS ORDERED** Plaintiff's motion **(Doc. 78)** is **DENIED**.

14          **IT IS ORDERED** Plaintiff's request **(Doc. 92)** is **DENIED**.

15          **IT IS ORDERED** Plaintiff's application **(Doc. 95)** is **DENIED**.

16          DATED this 1st day of September, 2011.

20          Roslyn O. Silver
            Chief United States District Judge

- 3 -