# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Estevez, | No. CV-07-01553-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| A. Hedgpeth; et. al., | |
| Defendants. | |

On March 28, 2012, the Court entered Judgment in favor of Defendants. On March 29, 2012, Plaintiff filed for "permission to file a motion for reconsideration" of the Court's January 20, 2012 order.

**IT IS ORDERED** Plaintiff's motion for permission to file a motion for reconsideration **(Doc. 114)** is **DENIED**.

DATED this 2nd day of April, 2012.

_____
Roslyn O. Silver
Chief United States District Judge