# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Estevez,<br><br>           Plaintiff,<br><br>vs.<br><br>A. Hedgpeth; et. al.,<br><br>           Defendants. | No. CV-07-01553-PHX-ROS<br><br>**ORDER** |

On March 28, 2012, the Court entered Judgment in favor of Defendants. On March 29, 2012, Plaintiff filed for "permission to file a motion for reconsideration" of the Court's January 20, 2012 order.

**IT IS ORDERED** Plaintiff's motion for permission to file a motion for reconsideration **(Doc. 114)** is **DENIED**.

DATED this 2nd day of April, 2012.

_____
Roslyn O. Silver
Chief United States District Judge